# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 14cr264 |
| v. | : | **WAIVER OF INDICTMENT** |
| VINAYA K. JESSANI | : | |

I, Vinaya K. Jessani, charged with violating 15 U.S.C. §1, and being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on May 12, 2014 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Vinaya K. Jessani
Defendant

_____
Lawrence S. Lustberg, Esq.
Counsel for Defendant

Before: _____
HONORABLE James B. Clark, III
United States Magistrate Judge