UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA            :
                                    :   NO. 2:14cr264
                                    :
         V.                         :
                                    :
                                    :   NOTICE OF ATTORNEY APPEARANCE
VINAYA K. JESSANI                   :
                                    :

SIR:

        YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR _____VINAYA K. JESSANI_____, THE DEFENDANT IN THE ABOVE-ENTITLED MATTER.

DATE: 5/12/2014

SIGNATURE: [signature]

NAME: Lawrence Lustberg, Retained

(Please Print)

FIRM NAME: Gibbons P.C.

ADDRESS: One Gateway Center
Newark, NJ 07102

TELEPHONE NUMBER: (973) 596-4731